UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE APPLICATION OF THE<br>UNITED STATES OF AMERICA FOR<br>AN ORDER PURSUANT TO<br>18 U.S.C. § 3512<br><br>Request from the Republic of Georgia for<br>Assistance in a Criminal Matter:<br>I Love My Patriarch | MISC. NO. 18-273 |

## ORDER

Upon application of the United States seeking an order, pursuant to 18 U.S.C. § 3512, appointing Jennifer K. Welsh, Assistant U.S. Attorney, Office of the United States Attorney (or a substitute or successor subsequently designated by the Office of United States Attorney), as a commissioner to execute the above-captioned request from the Republic of Georgia (the "Request") by collecting evidence for use in a criminal investigation, prosecution, or proceeding in the Republic of Georgia, and the Court having fully considered this matter,

IT IS HEREBY ORDERED, pursuant to the authority conferred by 18 U.S.C. § 3512, that Jennifer K. Welsh (or a substitute or successor designated by the Office of the United States Attorney) is appointed as a commissioner of this Court (the commissioner) and hereby directed to execute the Request and to take such steps as are necessary to collect the evidence requested. In doing so, the commissioner:

1. may issue commissioner subpoenas to be served at any place within the United

States on persons (natural and legal) ordering them or their representatives to appear and to testify and/or produce evidence located within the United States;

2. shall adopt procedures to collect the evidence requested consistent with its use in the investigation, prosecution, or proceeding in the Republic of Georgia for which the Office of the Chief Prosecutor, Ministry of Justice of Georgia has requested assistance, which may be specified in the Request or provided by, or with the approval of, the Office of the Chief Prosecutor, Ministry of Justice of Georgia;

3. may, in collecting the evidence requested, be accompanied by persons whose presence or participation is authorized by the commissioner, including, without limitation, special agents of the Federal Bureau of Investigation/or representatives of the Republic of Georgia who, as authorized or directed by the commissioner, may direct questions to any witness;

4. may seek such further orders of this Court as may be necessary to execute this Request, including orders to show cause why persons served with commissioner subpoenas who fail to appear and/or produce evidence should not be held in contempt, and protective orders to regulate the use of the evidence collected; and

5. shall certify and transmit the evidence collected to the Office of International Affairs, which will transmit it to the Republic of Georgia.

Date: 9/18/18

UNITED STATES MAGISTRATE JUDGE